981 So.2d 665 (2008)
Osborne COCKETT, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-585.
District Court of Appeal of Florida, Third District.
May 21, 2008.
*666 Naphtali H. Wacks, for appellant.
Bill McCollum, Attorney General, and Lunar Claire Alvey, Assistant Attorney General, for appellee.
Before GERSTEN, C.J., and ROTHENBERG and LAGOA, JJ.
PER CURIAM.
Affirmed. See Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); State v. Abreau, 363 So.2d 1063 (Fla.1978).